SILOAM LODGE NO 35 OF THE FREE AND ACCEPTED MASONS OF MICHIGAN v HESKETT, No. 90470; Court of Appeals No. 109824.

LEVIN, J. I would grant leave to appeal.

Reconsideration granted in part December 20, 1991, to provide that the motion for disclosure of affiliation, disqualification, and remand is denied. In all other respects the motion for reconsideration is denied.

LEVIN, J. I would grant reconsideration and, on reconsideration, would grant leave to appeal.